UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-00432-BLF-1  (VKD) |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| JOSE MIGUEL DOMINGUEZ, | |
| Defendant. | |

At the initial appearance in this matter on January 8, 2024, the United States moved for detention pending trial.  Dkt. No. 5.  On January 11, 2024, defendant Jose Miguel Dominguez appeared for a status hearing regarding whether he should be detained pending further proceedings.  Dkt. No. 9.  Mr. Dominguez advised that he submits to detention at this time.  As stated on the record, the Court orders Mr. Dominguez detained pending trial.  *See id.*

Mr. Dominguez is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Dominguez shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Dominguez to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: January 12, 2024

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California